IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MICHELLE RICKER,

    Petitioner,          Civ. No. 12-00664-CL

  v.                            **ORDER**

CAROLYN W. COLVIN,

    Respondent.

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Respondent filed objections, petitioner filed a response to respondent's objections, and I have reviewed the file of this case de novo. 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus.

1 - ORDER

Mach., Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

I have given this matter *de novo* review. I find no error. Accordingly, I ADOPT the Report and Recommendation (#19). The decision of the administrative law judge is reversed and the matter is remanded for further proceedings consistent with the Report and Recommendation.

IT IS SO ORDERED.

DATED this 30 day of July, 2013.

OWEN M. PANNER
U.S. DISTRICT JUDGE