IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MICHELLE RICKER,

       Petitioner,

      v.

CAROLYN W. COLVIN,

       Respondent.

Civ. No. 12-00664-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections, Defendant filed a response to Plaintiff's objections, and I have reviewed the file of this case *de novo*. 28 U.S.C. § 636(b)(1)(C); McDonnell Douglas Corp. v. Commodore Bus. Mach.,

1 - ORDER

Inc., 656 F.2d 1309, 1313 (9th Cir. 1981).

    I have given this matter *de novo* review.   I find no error.

Accordingly, I ADOPT the Report and Recommendation (#30).

Plaintiff's motion for prevailing party fees (#25) is DENIED.

    IT IS SO ORDERED.

    DATED this ___24___ day of February, 2014.


OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER